No. 87–6151.  COBB v. MCMACKIN, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION.  C. A. 6th Cir.  Certiorari denied.

No. 87–6490.  FABBRI v. SHERATON PLAZA LA REINA HOTEL.  C. A. 9th Cir.  Certiorari denied.

No. 87–6521.  QUALMAN v. UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–6575.  JONES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–6628.  DIEHL v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 87–6688.  MAGGARD v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–6689.  SINDRAM v. W & W ASSOCIATES, INC.  Ct. App. Md.  Certiorari denied.

No. 87–6695.  YATES v. TRAUGHBER, COMMISSIONER, TENNESSEE DEPARTMENT OF EMPLOYMENT SECURITY, ET AL.  Ct. App. Tenn.  Certiorari denied.

No. 87–6705.  SAAHIR v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 87–6707.  CRIM v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO.  C. A. 6th Cir.  Certiorari denied.

No. 87–6708.  HEARD v. SIKES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–6709.  KORTZEBORN v. VYLON MANAGEMENT CORP. ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 87–6715.  SELTZER v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.